FILED

03/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0431

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0431

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

HEATHER ARLETA CALLANTINE,

     Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until May 4, 2022, to prepare, file and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 30 2022